# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
NOV 28
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:12mj 469 |
| ) | |
| TIMOTHY SEAN MOORE, JR. ) | |
| CAROLINE ELIZABETH TAYLOR ) | SEALED DOCUMENTS |
| ANGELIA WALKE ) | |
| *Defendants* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about <u>August 1, 2012 to October 24, 2012</u> in the city of <u>Portsmouth, Virginia</u> in the <u>Eastern</u> District of <u>Virginia</u>, and elsewhere, the defendants violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 952 and 963 | Conspiracy to Import Methylone, a Schedule I Controlled Substance |

This criminal complaint is based on these facts: **Please see attached Affidavit.**

READ AND REVIEWED:

*(signature)*
Amy E. Cross
Special Assistant United States Attorney

☒ Continued on the attached sheet.

*Complainant's signature*

Brian R. Lewis, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.
Date: 11/28/12

City and state: Norfolk, VA

*Judge's signature*

Lawrence R. Leonard, USMJ
*Printed name and title*