

# Memorandum

**Eastern District of Virginia**
**United States Attorneys Office**



| Subject | Date |
|---|---|
| US. v. Timothy Moore, et al<br>Criminal No. 2:12cr196 | March 4, 2013 |

| To | From |
|---|---|
| Clerk of the Court<br>U.S. District Court | Amy E. Cross<br>Special Assistant United States Attorney |

Please issue 20 blank subpoenas in the above-referenced case which is scheduled for trial April 30, 2013 at 10:00 a.m.

        Thank-you.

*RECEIVED 2013 MAR -4 P 3:20 CLERK US DISTRICT COURT NORFOLK, VIRGINIA*

# United States District Court

COPY

___ EASTERN ___  DISTRICT OF ___ VIRGINIA ___
Norfolk Division

UNITED STATES OF AMERICA

v.

SUBPOENA IN A
CRIMINAL CASE

TIMOTHY MOORE, ET AL

CASE NUMBER: 2:12cr196

TO:

XX  YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| Walter E. Hoffman U.S. Courthouse<br>600 Granby Street<br>Norfolk, Virginia 23510 | |
| | DATE AND TIME<br>April 30, 2013<br>@ 10:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

RECEIVED 2013 MAR -4 P 3:20 CLERK US DISTRICT COURT NORFOLK, VIRGINIA

| U.S. MAGISTRATE OR CLERK OF COURT<br>Fernando Galindo, Clerk of the Court | DATE |
|---|---|
| (BY) DEPUTY CLERK *[signature]* | March 4, 2013 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
Amy E. Cross
Special Assistant United States Attorney
8000 World Trade Center
Norfolk, Virginia 23510    (757)441-6331