FILED
MAR - 6 2013
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Timothy Sean Moore, Jr.            Docket No. 2:12cr196

Petition for Action on Conditions of Pretrial Release

    COMES NOW Melba Walker Banks, PROBATION OFFICER, presenting an official report upon the conduct of defendant, Timothy Sean Moore, Jr., who was placed under pretrial services supervision by The Honorable Tommy E. Miller, United States Magistrate Judge, sitting in the court at Norfolk, on December 6, 2012, with a $50,000 unsecured bond and the following conditions:

See Page 2.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

-Avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to co-conspirators: co-defendants, Bryan Hall, Tommy Goins, Brett Walsh, Britney Ferrari, and Amber Merritt.
--Shall not have, possess, or access any computer or internet, bulletin board or chat room.

PRAYING THAT THE COURT WILL ORDER   a Summons be issued so the defendant may appear in Court and she show cause why his conditions of release should not be revoked.

**ORDER OF COURT**

Considered and ordered this 6th day of March 2013 and ordered filed and made a part of the records in the above case.

/s/
Douglas E. Miller
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   March 5, 2013

Melba Walker Banks
Senior U.S. Probation Officer

Place: Norfolk

7) The defendant is placed in the custody of his parents, Harold and Tina Spaulding;
8a) supervision;
8g) surrender any passport to the U.S. Probation Office;
8h) obtain no passport;
8i) travel restricted to the Commonwealth of Virginia unless prior approval of the U.S. Probation Officer;
8j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to co-conspirators: co-defendants, Bryan Hall, Tommy Goins, Brett Walsh, Britney Ferrari, and Amber Merritt;
8n) refrain from possessing a firearm, destructive device, or other dangerous weapons;
8o) refrain from any use of alcohol;
8p) refrain from use or unlawful possession of a narcotic drug or other controlled substances unless prescribed by a licensed medical practitioner;
8q) submit to any testing required by the U.S. Probation Office or the supervising officer to determine whether the defendant is using a prohibited substance. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is required as a condition of release;
8r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if the U.S. Probation Office or supervising officer considers it advisable;
8u) report as soon as possible to the U.S. Probation Office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop;
1) defendant is directed to maintain residence at Askew Road, Chesapeake, Virginia;
2) Harold and Tina Spaulding are directed to serve as third-party custodians;
3) defendant is directed to seek and maintain verifiable employment as directed by the U.S. Probation officer;
4) defendant is directed to submit to electronic monitoring without GPS with timeouts as directed by the U.S. Probation Officer at the expense of the defendant;
5) defendant shall not have, possess or access any computer or internet, bulletin board, or chat room;
6) defendant is to undergo testing today;
7) defendant is restricted to home and work as directed by the U.S. Probation Officer;
8) defendant is banned from property at Oregon Avenue, Portsmouth, Virginia.